UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, WELLS FARGO CAPITAL FINANCE, LLC, WELLS FARGO BANK, NATIONAL ASSOCIATION, BMO HARRIS BANK, HUNTINGTON NATIONAL BANK, CATHAY BANK, and BANK LEUMI, USA,<br><br>        Plaintiffs,<br><br>        v.<br><br>DANA TRANSPORT, INC. and RONALD B. DANA,<br><br>        Defendants | Case No. 16 Civ. 7797(RA)(KNF)<br><br>**CASE MANAGEMENT PLAN AND SCHEDULING ORDER NO. 8** |

KEVIN N. FOX, United States Magistrate Judge:

Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order No. 8:

1. All fact discovery, including depositions of fact witnesses, is to be completed no later than January 29, 2021;

2. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in ¶ 1 above;

3. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by June 15, 2021 according to the following schedule:

   a. Affirmative expert reports are to be served on or before March 15, 2021.

   b. Responding expert reports are to be served on or before April 28, 2021.

        c.        Expert depositions on all reports submitted by the expert deponent are to be completed by June 15, 2021;

4. All discovery shall be completed no later than June 28, 2021;

5. Dispositive motions shall be due on or before July 12, 2021;

6. The Court will conduct a telephonic status conference with the parties on May 18, 2021 at 10:00 a.m. Counsel shall call (888) 557-8511 and enter access code 4862532; and

7. The parties' joint pretrial order and additional submissions required by Rule 6 of the assigned district judge's Individual Rules and Practices shall be due thirty (30) days from the close of discovery, or if any dispositive motion is filed, thirty (30) days from the court's decision on such motion. This case shall be trial ready on a date to be determined by the assigned district judge.

SO ORDERED.

Dated: New York, New York
       December 8, 2020

*Kevin Nathaniel Fox* (signature)

Hon. Kevin N. Fox
United States Magistrate Judge