# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

PNC BANK, NATIONAL ASSOCIATION, WELLS FARGO CAPITAL FINANCE, LLC, WELLS FARGO BANK, NATIONAL ASSOCIATION, BMO HARRIS BANK, HUNTINGTON NATIONAL BANK, CATHAY BANK, and BANK LEUMI, USA,

    Plaintiffs,

v.

DANA TRANSPORT, INC. and RONALD B. DANA,

    Defendants

Case No. 16 Civ. 7797(RA)(KNF)

**CASE MANAGEMENT PLAN AND SCHEDULING ORDER NO. 10**

KEVIN N. FOX, United States Magistrate Judge:

Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order No. 9:

1. All fact discovery, including depositions of fact witnesses, is to be completed no later than April 21, 2021;

2. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in ¶ 1 above;

3. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by July 29, 2021 according to the following schedule:

    a.    Affirmative expert reports are to be served on or before May 7, 2021.

    b.    Responding expert reports are to be served on or before June 18, 2021.

  c. Expert depositions on all reports submitted by the expert deponent are to be completed by July 29, 2021;

4. All discovery shall be completed no later than July 29, 2021;

5. Dispositive motions shall be filed on or before September 1, 2021;

  a. Opposition shall be filed on October 12, 2021.

  b. Reply shall be filed November 4, 2021.

6. The Court will conduct a telephonic status conference with the parties on June 3, 2021, at 2:00 p. m. Counsel shall call (888) 557-8511 and enter access code 4862532; and

7. The parties' joint pretrial order and additional submissions required by Rule 6 of the assigned district judge's Individual Rules and Practices shall be due thirty (30) days from the close of discovery, or if any dispositive motion is filed, thirty (30) days from the Court's decision on such motion. This case shall be trial ready on a date to be determined by the assigned district judge.

Dated:

New York, New York
April 30, 2021

*Kevin Nathaniel Fox*
_____
Hon. Kevin N. Fox
United States Magistrate Judge

6530448.1
04/29/2021 12:17 PM