USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PNC BANK, NATIONAL ASSOCIATION et al.,

                Plaintiffs,

v.

DANA TRANSPORT, INC. and RONALD B. DANA,

                Defendants.

No. 16-CV-7797 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Oral argument on Plaintiffs' motions for partial summary judgment will be held on July 27, 2022 at 1:00 p.m. via videoconference. Members of the public and the press may dial into the argument using the following information:

    Phone Number: 646-453-4442
    Conference ID: 215 103 257

SO ORDERED.

Dated:    July 26, 2022
            New York, New York

                                      Ronnie Abrams
                                      United States District Judge