**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PNC BANK, NATIONAL ASSOCIATION,
WELLS FARGO CAPITAL FINANCE, LLC,
WELLS FARGO BANK, NATIONAL
ASSOCIATION, BMO HARRIS BANK,
HUNTINGTON NATIONAL BANK, CATHAY
BANK, and BANK LEUMI, USA,

                          Plaintiffs,

              -against-                                    16 **CIVIL** 7797 (JLR)(JW)

                                                          **JUDGMENT**

DANA TRANSPORT, INC. and RONALD
B. DANA,

                          Defendant.
------------------------------------------------------------X

           It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated March 10, 2025, the Court has granted Defendants' unopposed

request for the taxation of bond premiums. Defendants Dana Transport, Inc. and Ronald B. Dana

are awarded taxed costs of $5,041.00 for bond premiums paid to preserve rights pending appeal,

which shall be paid by Plaintiffs PNC Bank, National Association, Wells Fargo Capital Finance,

LLC, Wells Fargo Bank, National Association, BMO Harris Bank, Huntington National Bank,

Cathay Bank and Bank Leumi, USA within thirty (30) days of the Order.

**Dated:**  New York, New York

           March 11, 2025

                                                          **TAMMI M HELLWIG**
                                          _____
                                                          **Clerk of Court**

                                                          K. mango

              **BY:**
                                          _____
                                                          **Deputy Clerk**